[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 30, 2012
JOHN LEY
CLERK

No. 11-13449
Non-Argument Calendar

————————————————

D.C. Docket No. 8:11-cr-00060-JSM-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUCAS SANCHEZ-AGUAYO,
a.k.a. Joe Tampia,                                                          Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(April 30, 2012)

Before TJOFLAT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Lucas Sanchez-Aguayo in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanchez-Aguayo's conviction and sentence are **AFFIRMED**.